JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DAUNSHAE ANDREWS

               Plaintiff,

-against-

PROGRESSIVE FINANCIAL
SERVICES, INC.

               Defendant.

Case No.: 2:15-cv-09294-SJO-JEM

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, no opposing party having served either an answer or motion for summary judgment, Plaintiff, by and through his undersigned attorneys, hereby dismisses this action pursuant to Rule 41(a)(1)(A)(i).

Dated:  March 4, 2016

               THE LAW OFFICES OF
               JONATHAN A. STIEGLITZ

By:      /s/ Jonathan A Stieglitz
            Jonathan A Stieglitz